# UNITED STATES DISTRICT COURT
for the
Eastern District of California

In the Matter of the Search of )
THE PARCEL ASSIGNED TRACKING )
NUMBER 9505 5146 2783 4155 6006 71, )   Case No.   2:24-sw-0605 CKD
ADDRESSED TO "BROTHER JAMES LEE, )
4008 BRUCE WAY, NORTH HIGHLANDS, )
CA 95660" )

**FILED**
Jun 10, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the     Eastern     District of     California    , there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution, and possession with intent to distribute, a controlled substance |
| 21 U.S.C. § 843(b) | Illegal use of the mails in furtherance of narcotic trafficking |
| 21 U.S.C. § 846 | Attempt and conspiracy to commit the foregoing offenses |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☐ Continued on the attached sheet.
- ☐ Delayed notice    30   days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/
*Applicant's signature*

Postal Inspector Patrick Mahoney, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    June 10, 2024 at 3:19 pm

*Judge's signature*

City and state:    Sacramento, California         Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

**Affidavit of Postal Inspector Patrick Mahoney in Support of Warrant to Search one USPS Priority Mail Parcel**

I, Patrick Mahoney, being duly sworn, hereby depose and state:

**PURPOSE**

1. This affidavit is made in support of a search warrant for the following United States Postal Service ("USPS") Priority Mail Parcel:

    a. The parcel assigned tracking number 9505 5146 2783 4155 6006 71, which is addressed to "Brother James Lee, 4008 Bruce Way, North Highlands, CA 95660" ("hereinafter referred to as "**THE PARCEL**").

2. **THE PARCEL** is in the temporary custody of the United States Postal Inspection Service ("USPIS") and is described more particularly in Attachment A, which is attached hereto and fully incorporated herein.

3. Based on the information provided in this affidavit, it is my opinion that there is probable cause to believe that **THE PARCEL** contains evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. § 841(a)(1) (distribution, and possession with intent to distribute, a controlled substance), 21 U.S.C. § 843(b) (illegal use of the mails in furtherance of narcotic trafficking), and 21 U.S.C. § 846 (attempt and conspiracy to commit the foregoing offenses). The evidence, fruits, and instrumentalities to be searched for and seized are more fully described in Attachment B, which is attached hereto and incorporated fully herein.

**AGENT BACKGROUND**

4. I am a Postal Inspector and have been employed since April 2005. Currently, I am assigned to the San Francisco Division of the United States Postal Inspection Service (USPIS), and I work out of the Sacramento office. During my tenure, I completed training at the United States Postal Inspection Service Academy in Potomac, MD. As a part of my official duties, it is my responsibility to investigate violations of federal and state law, including the investigation of the unlawful transportation of contraband, including controlled substances and drug proceeds, through the United

1

States Mail. I have participated in numerous criminal investigations relating to the trafficking of narcotics and narcotics proceeds through the United States mail.

5. Subsequent to my assignment with the United States Postal Inspection Service in 2005, I have participated in at least twenty investigations that targeted individuals and organizations that trafficked heroin, cocaine, marijuana, methamphetamine, and other controlled substances through the United States Mail. During the course of these investigations, I have become familiar with the manner in which drug traffickers use the mail stream to distribute controlled substances and/or to receive proceeds from the sale of controlled substances.

6. I have authored federal search warrants during the course of various investigations, including but not limited to, investigations concerning the sales and/or distribution of narcotics, including marijuana and marijuana proceeds. I have participated in numerous federal investigations involving the trafficking of methamphetamine, cocaine, heroin, marijuana, and other controlled substances.

7. I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

8. The facts in this affidavit come from information obtained from other law enforcement officers, my own personal observations, and my training and experience. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## STATEMENT OF PROBABLE CAUSE

**PARCEL IDENTIFICATION**

9. On June 4, 2024, members of the Sacramento, California USPIS NECI Task Force conducted profiling and examination of Priority Mail and Priority Express Mail

parcels. During a visual examination of **THE PARCEL**, law enforcement noticed several anomalies that, in their training and experience, are characteristic of parcels containing controlled substances and proceeds of narcotics trafficking.

10. Based on these anomalies, which are described in more detail below, I detained **THE PARCEL** on June 5, 2024, at the North Highlands Post Office, which is in the Eastern District of California.

**SHIPMENT ANOMALIES**

11. During an examination of **THE PARCEL**, I noticed anomalies that, based on my training and experience, and conversations with other law enforcement officials were characteristic of parcels that contain controlled substances and/or proceeds of narcotics trafficking.

12. For example, based on my training and experience and conversations with other law enforcement officials, I am aware that the state of California is a source for illegal narcotics shipments. Furthermore, I am aware that the state of Texas is a destination for illegal narcotics shipments from northern California, and that proceeds from these illegal narcotics shipments are often mailed back to northern California. In this case, **THE PARCEL** were mailed from a USPS facility located in Texas and destined for North Highlands, California, which is an area in Sacramento County, in northern California.

13. **THE PARCEL** was sent by Priority Mail. Priority Mail parcels are assigned a tracking number that allows the sender, recipient, or anyone else with the tracking number to identify a parcel's location in the mail stream at any point from mailing to delivery. In my training and experience and conversations with other law enforcement officials, parcels containing illegal contraband are often sent by Priority Mail/Priority Mail to expedite delivery and to allows individuals to monitor the parcel during shipment via the tracking system.

14. **THE PARCEL** has been taped on all seams of the parcel, based on my training and experience and conversations with other law enforcement officials, I am aware that

illegal narcotics shipments and/or proceeds will use this method to avoid detection by law enforcement.

15. In addition, USPS records confirmed the transaction to pay for sending **THE PARCEL** was completed with cash. Based on my training and experience, and the training and experience and conversations with other law enforcement officials, I know it is common for persons who traffic narcotics/narcotics proceeds through the U.S. Mail to pay in cash to remain anonymous to law enforcement.

16. A search for the recipient's name and address for **THE PARCEL**—listed as "Brother James Lee, 4008 Bruce Way, North Highlands, CA 95660"—was conducted using Thomson Reuters CLEAR, an online public and proprietary records database used by law enforcement and government agencies to verify names and addresses. The search revealed that this is a valid residential address. The name James Lee does not associate to the address.

17. I know based on my training and experience that individuals trafficking controlled substances or proceeds from controlled substances will often use incomplete names, fictitious names, fictitious addresses, previous addresses, or abbreviations in names and addresses in an effort to remain anonymous from law enforcement.

18. A search for the return address on **THE PARCEL** —listed as "Antioch Missionary Baptist Church, 1001 N. Walters St., San Antonio, TX 78202"—was conducted using Thomson Reuters CLEAR. The search revealed that this is a valid name and address.

19. I know based on my training and experience that individuals trafficking controlled substances or proceeds from controlled substances will often use incomplete names, fictitious names, fictitious addresses, previous addresses, business addresses or abbreviations in names and addresses in an effort to remain anonymous from law enforcement.

20. On June 5, 2024, at about 1254, law enforcement called a phone number believed to be associated with 4008 Bruce Way, North Highlands, CA, the delivery address of **THE PARCEL**. A female resident confirmed the address on the parcel was her residence. She reported that James Lee does not reside at the residence. She stated

that she sometimes receives parcels for her Manager at the residence and his son's last name is Lee. She contacted her manager and confirmed that he did not know a James Lee.

21. On June 6, 2024, a USPS form 3849 (known as the "sorry we missed you" form) was placed at the intended recipient post office mailbox, requesting that the intended recipient call USPIS regarding **THE PARCEL**. Law enforcement has had no contact "James Lee".

22. On June 7, 2024, law enforcement contacted the Antioch Missionary Baptist Church Receptionist Gloria Owens. She advised she did not mail the parcel but would contact other staff members to determine if anyone else mailed **THE PARCEL**.

23. On June 10, 2024, law enforcement contacted the Antioch Missionary Baptist Church Executive Assistant to the Pastor, Pat Casey, and she reported that no staff member of church mailed the parcel to North Highlands, CA.

**NARCOTIC DETECTION CANINE SNIFF**

24. On June 5, 2024, United States Postal Inspection Service Task Force Officer (TFO) Lombardo used her narcotic detection trained canine, named "Viva," to sniff **THE PARCEL**. At the time of the sniff, **THE PARCEL** was located at the USPIS Sacramento Domicile. Before the canine sniff, she located a particular area within the facility that would accommodate a canine sniff search and had Viva proof the area to ensure that Viva would only alert to the odors for which she is trained. Viva proofed the room off-lead. Following the proofing of the room, a Postal Inspector placed **THE PARCEL** among other office equipment and parcels. The location of **THE PARCEL** was unknown to both Viva and TFO Lombardo. TFO Lombardo then accompanied Viva to the general area where **THE PARCEL** was located. Viva searched the area off-lead, without being lead or directed and positively alerted on **THE PARCEL** at approximately 10:44 a.m.

**NARCOTIC DETECTION CANINE "VIVA" BACKGROUND AND TRAINING**

25. On November 1, 2022, TFO Lombardo was assigned canine Viva. Viva is an English Springer Spaniel imported from Wales, UK, by a specialty trainer, Cameron Ford K9-LLC, in Henderson, Nevada. Viva was born December 28, 2021. Viva is a single purpose working canine, trained in narcotics detection under the instruction of Greg Tawney, owner/operator of D-Tac K9 Detection and Tactics, Placerville, California. Greg Tawney is a retired police sergeant with the Elk Grove Police Department and has over 15 years of experience with police canines and is a POST canine Certifier. Viva and TFO Lombardo have no less than 120 hours of specialized training from D-Tac K9 Detection and Tactics in the detection of marijuana, cocaine, heroin, and methamphetamine. Together they have completed POST required training and were POST certified by Sergeant Greg Moore of the Elk Grove Police Department on November 29, 2022, as being proficient in the detection of narcotic substances in high, low, and buried locations. Viva recertified on December 21, 2023, in the detection of marijuana, cocaine, heroin, methamphetamine, and fentanyl. Viva and TFO Lombardo are constantly conducting additional maintenance training.

26. Viva's alert consists of physical and mental reactions, which include heightened emotional state, pawing, or a deliberate lying at the area or object from which she smells the drug odor coming. Viva has successfully completed training exercises in which known controlled substances, containers, or paraphernalia were hidden, to include parcels, the interior and exterior of motor vehicles, and storage lockers. Viva also conducts regular proofing exercises to ensure that she does not alert to regular, non-narcotics-associated odors including, but not limited to, food, plastic bags and wrap, tape, and other items. Proofing is a method used in training to ensure that the canine alerts only to the odors to which it is trained to alert.

27. Since December 1, 2022, Viva has alerted to approximately 198 U.S. Mail parcels, which have resulted in the location and/or seizure of over $1,334,000 in US Currency in suspected drug proceeds, over 39 pounds of fentanyl, 32 pounds of marijuana, 37 pounds of methamphetamine, 1.6 pounds of cocaine, 277 grams of MDMA, and 2 grams of heroin.

28. Based on these facts, it is TFO Lombardo's opinion that based on Viva's alert—along with the information and anomalies identified above—**THE PARCEL** contains drugs, drug-related paraphernalia, or currency that has been recently subjected to, or stored with, one of the narcotic substances Viva is trained to detect and has thus become contaminated.

**METHODS AND MEANS OF USING THE UNITED STATES MAIL**

29. Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the U. S. Mail to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances and/or proceeds from controlled substances include, but are not limited to, the following:

    a. It is common practice for shippers of controlled substances to use Priority Mail Express and Priority Mail because the drugs arrive at the destination more quickly and on a predictable date. Priority Mail Express and Priority Mail, when paired with a special service such as delivery confirmation, allow traffickers to monitor the progress of the shipment of controlled substances. Traffickers pay for the benefit of being able to confirm the delivery of the parcel by checking the Postal Service Internet website and/or calling the local post office.

    b. Packages containing controlled substances or proceeds have, in many instances, a fictitious return address, incomplete return address, no return address, a return address that is the same as the addressee address, or a return address that does not match the place from which the parcel was mailed. These packages are also sometimes addressed to or from a commercial mail receiving agency (*e.g.*, Mailboxes Etc.). A shipper may also mail the parcel containing controlled substances from an area different from the return address on the parcel because: (1) the return address is fictitious or (2) the shipper is attempting to conceal the actual location from which the parcel was mailed. These practices are used by narcotics traffickers to hide from law

enforcement officials the identity of the persons shipping and/or receiving the controlled substances or proceeds.

    c. Individuals involved in the trafficking of controlled substances through the United States Mail will send and receive Express or Priority mailings on a more frequent basis than a normal postal customer. Drug traffickers use Priority Mail Express and Priority Mail at a higher rate due to their frequent exchanges of controlled substances and the proceeds from the sale of these controlled substances.

    d. To conceal the distinctive smell of controlled substances from narcotics detection dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic and are sometimes sealed with the use of tape around all seams. In addition, the parcels often contain other smaller parcels which are carefully sealed to prevent the escape of odors. Perfumes, coffee, dryer sheets, tobacco, or other substances with strong odors are also sometimes used to mask the odor of the controlled substances being shipped. Drug traffickers often use heat/vacuum sealed plastic bags, and/or re-sealed cans in an attempt to prevent the escape of orders.

    e. California is typically a source state for drugs, especially methamphetamine and marijuana. It is common for individuals in California to mail parcels containing narcotics to other states and then receive mail parcels containing cash payments in return.

30. Based on my training and experience, I know that parcels shipped by drug traffickers sometimes contain information and documentation related to the sales and distribution of controlled substances. The documentation can include, but is not limited to, information and instructions on the breakdown and distribution of the controlled substances at the destination; information on the use and effects of the various controlled substances; information about the actual sender; pay/owe sheets; and information and instructions for ordering controlled substances in the future.

31. Based on my training, experience, and conversations with other law enforcement officers, I know that parcels shipped by drug traffickers can contain firearms and/or

firearms parts and/or ammunition. These items can be used as "payment" for narcotics, in lieu of or in addition to cash or other forms of monetary payment. In addition, drug traffickers are known to law enforcement to carry firearms in the course of their criminal activity. Drug trafficking rings can use the U.S. Mail to exchange firearms or provide them to members in an effort to protect their product and/or promote the success of their criminal enterprise. The unlicensed interstate shipment of firearms and/or ammunition is a violation of 18 U.S.C. § 922 (a)(1), (3), and (4).

32. Drug traffickers who use the United States Mail and other carriers as a means of distributing controlled substances, paraphernalia, and proceeds, and as a means of communicating with co-conspirators often include the following in parcels relating to their trafficking activity, all of which are evidence, fruits, proceeds, and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846:

   a. Controlled substances, including heroin, cocaine, methamphetamine, and marijuana;

   b. Firearms, firearms parts, and/or ammunition;

   c. Packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor;

   d. Records reflecting the mailing or receipt of packages through Priority Mail Express, Priority Mail, Federal Express, UPS, or any other common carrier;

   e. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including financial records related to the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances;

   f. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting

price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed;

g. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities;

h. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

33. Based on the facts set forth in this affidavit, I believe there is probable cause that evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846 are concealed in **THE PARCEL**. Accordingly, I respectfully request the issuance of search warrants authorizing the search of **THE PARCEL** described in Attachment A and the seizure of the items described in Attachment B.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/

Patrick Mahoney

Postal Inspector - United States Postal Inspection Service

Subscribed and sworn to me telephonically
pursuant to Fed. R. Crim. P.  4.1 and 4(d) on:      June 10, 2024

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

/s/ R. Alex Cárdenas
Approved as to form by AUSA R. Alex Cardenas

## ATTACHMENT A

### *Description of the Parcel to be Searched*

**THE PARCEL:** A USPS Priority Mail parcel measuring approximately 11" x 8.5" x 5.5" and weighing approximately 984 grams affixed with tracking number 9505 5146 2783 4155 6006 71. **THE PARCEL** is addressed to "Brother James Lee, 4008 Bruce Way, North Highlands, CA 95660." **THE PARCEL** bears a postage strip in the amount of $18.40, located in the right-side of **THE PARCEL**, which indicates it was mailed from ZIP Code 78246 on June 3, 2024.

**THE PARCEL** is currently in the United States Postal Inspection Service's possession in the Eastern District of California.

## ATTACHMENT B

### *List of Items to be Seized*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. All records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

8. Firearms, firearms parts, and/or ammunition.

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of )<br>THE PARCEL ASSIGNED TRACKING NUMBER )<br>9505 5146 2783 4155 6006 71, ADDRESSED TO )<br>"BROTHER JAMES LEE, 4008 BRUCE WAY, )<br>NORTH HIGHLANDS, CA 95660" ) | Case No.   2:24-sw-0605 CKD |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     June 24, 2024     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for   30   days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of                              .

Date and time issued:   June 10, 2024 at 3:19 pm                         *(signed)* Carolyn K. Delaney
                                                                                                *Judge's signature*

City and state:   Sacramento, California                         Carolyn K. Delaney, U.S. Magistrate Judge
                                                                                     *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____      _____
Signature of Judge                                                            Date

## ATTACHMENT A

### *Description of the Parcel to be Searched*

**THE PARCEL:** A USPS Priority Mail parcel measuring approximately 11" x 8.5" x 5.5" and weighing approximately 984 grams affixed with tracking number 9505 5146 2783 4155 6006 71. **THE PARCEL** is addressed to "Brother James Lee, 4008 Bruce Way, North Highlands, CA 95660." **THE PARCEL** bears a postage strip in the amount of $18.40, located in the right-side of **THE PARCEL**, which indicates it was mailed from ZIP Code 78246 on June 3, 2024.

**THE PARCEL** is currently in the United States Postal Inspection Service's possession in the Eastern District of California.

## ATTACHMENT B

### *List of Items to be Seized*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. All records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

8. Firearms, firearms parts, and/or ammunition.